■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD HARRISON, Appellant. [949 NYS2d 655]—Application by

the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered October 2, 1990.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Florio, J.P., Balkin, Eng and Roman, JJ., concur.